**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 08-8160**

───────────

SENNAYI TEOUME-LESSANE,

                Petitioner - Appellant,

        v.

JEFFREY BOLYARD, Acting Warden,

                Respondent - Appellee.

───────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:07-cv-00159-FPS-JES)

───────────

Submitted:  July 23, 2009              Decided:  August 3, 2009

───────────

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Sennayi Teoume-Lessane, Appellant Pro Se.  Rita R. Valdrini, Assistant United States Attorney, Daniel W. Dickinson, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sennayi Teoume-Lessane, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Teoume-Lessane v. Bolyard, No. 5:07-cv-00159-FPS-JES (N.D.W. Va. Sept. 17, 2008). We deny Teoume-Lessane's motion for appointment of counsel and deny his motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED